# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BOLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECOND WATCH OFFICER, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01019-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 13) |

　　　　Plaintiff Daniel Boland Stevens seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge recommended this action be dismissed without prejudice for Plaintiff's failure to obey court orders and failure to prosecute by failing to keep the Court apprised of his current address. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 4.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Following service by mail, the magistrate judge's findings were returned by the postal service marked "Undeliverable, Paroled." (*See* Docket.) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 18, 2023 (Doc. 13) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 26, 2024**

UNITED STATES DISTRICT JUDGE

2